United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES BARBARA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-226 |
| | § | |
| AMSPEC, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Before the Court is the Plaintiffs' Unopposed Motion for Order Approving Settlement of FLSA Claims Pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is **GRANTED**.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiffs and those individuals who elect to participate in the settlement, as identified on Exhibit A to the Settlement Agreement) and the Defendants, that the Attorney's Fees and Expenses Payment requested in the Motion is reasonable, that the Service Payments requested in the Motion are reasonable, and that the settlement of the claims as to the FLSA Class Members as set forth in the Settlement Agreement is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

The claims of the Plaintiffs and any FLSA Class Member that participates in the settlement are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SIGNED this 19th day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge